United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY HOOF,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02114 |
| SAFECO INSURANCE COMPANY OF INDIANA,<br>Defendant. | §<br>§<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On July 27, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 15). Judge Ho filed a *Memorandum and Recommendation* on October 13, 2026, recommending that this matter be dismissed for want of prosecution. (Dkt. 19).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Ho's *Memorandum and Recommendation* (Dkt. 19) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**; and

(3) Defendant's motion to compel discovery (Dkt. 18) is **DENIED AS MOOT**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on November 3, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE